IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| TERRY MASSEY | : |
| | : |
|    Plaintiff | : |
| | : |
|    vs. | : Case No: |
| | : |
| EARNEST LEWIS | : |
| 1348 Newton Street, NW | : |
| Washington, DC 20010 | : |
| | : |
| MICHAEL K. LEWIS | : |
| 1204 Heritage Hills Drive | : |
| Upper Marlboro, MD 20774 | : |
| | : |
| IN THE HOUSE TECHNOLOGY, INC. | : |
| 1204 Heritage Hills Drive | : |
| Upper Marlboro, MD 20774 | : |
| | : |
| CHERYL LYNN BROOKE | : |
| 1204 Heritage Hills Drive | : |
| Upper Marlboro, MD 20774 | : |
| | : |
| CORNERSTONE TITLE & | : |
|   ESCROW, INC. | : |
| 8101 Sandy Spring Road, Suite 290 | : |
| Laurel, MD 20707 | : |
| | : |
| SEAN ADETULA | : |
| 4913 Lee Farm Court | : |
| Ellicott City, MD 21043 | : |
| | : |
| CARTERET MORTGAGE | : |
|   CORPORATION | : |
| 154 Snowhill Lane | : |
| Centreville, VA 22020 | : |
| | : |
|    Defendants | : |

LAW OFFICES OF
WILLIAM J. HICKEY
33 WOOD LANE
ROCKVILLE, MD 20850

## NOTICE OF REMOVAL

COMES NOW Defendants Cornerstone Title & Escrow, Inc. ("Cornerstone"), Sean Adetula ("Adetula") and Carteret Mortgage Corporation ("Carteret"), by and through their respective undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby files this Notice of Removal in the United States District Court for the District of Maryland (Northern Division) requesting that Circuit Court for Baltimore City, Maryland Case No. 24C06010708 be removed to this Court. In support thereof, these Defendants state as follows:

1.  On or about August 15, 2007, Plaintiff Terry Massey filed her Second Amended in the Circuit Court for Baltimore City, Maryland (Case No. 24C07010708. Said Complaint seeks unspecified compensatory damages, trebled for numerous counts, as well as punitive damages, and includes the following claims:

   a.  Count I: Violation of the Federal Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(a);

   b.  Count II: Violation of RICO, 18 U.S.C. § 1962(c);

   c.  Count III: Violation of RICO, 18 U.S.C. § 1962(d);

   d.  Count IV: Violation of the Federal Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601;

   e.  Count V: Violation of Protection of Homeowners in Foreclosure Act, Md. Code Ann., Real Prop., §§7-301-7-321;

   f.  Count VI: Declaratory and Injunctive Relief;

   g.  Count VII: Civil Conspiracy;

LAW OFFICES OF
WILLIAM J. HICKEY
33 WOOD LANE
ROCKVILLE, MD 20850

      h.     Count VIII: Violation of the Maryland Consumer Protection Act, Md. Code Ann., Com. Law, §§ 13-101-13-501;

      i.     Count IX: Fraud; and

      j.     Count X: Quite Title.

2. On or about August 17, 2007, Plaintiff filed a Notice of Removal attempting to remove this action to the United States Bankruptcy Court for the District of Maryland (Northern Division) (Bankruptcy Case No. 06-14497-RAG, Adversary Proceeding No. 07-00645).

3. On or about September 18, 2007, Defendants Cornerstone and Adetula moved to dismiss Plaintiff's Second Amended Complaint, or in the alternative to remand to the Circuit Court for Baltimore City, Maryland.

4. On or about January 15, 2008, the United States Bankruptcy Court for the District of Maryland (Northern Division) granted Defendants Cornerstone and Adetula's Motion and remanded the case to the Circuit Court for Baltimore City, Maryland.

5. The Circuit Court for Baltimore City, Maryland accepted and reopened the instant dispute on or about January 17, 2008.

6. As noted above, Plaintiff's Seconded Amended Complaint includes the federal RICO and RESPA statutes, and as such, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 arising from federal question jurisdiction.

LAW OFFICES OF
WILLIAM J. HICKEY
33 WOOD LANE
ROCKVILLE, MD 20850

7. Additionally, this Court has diversity jurisdiction over this action, pursuant to 28 U.S.C. § 1332, as Defendant Carteret is a Virginia corporation, Defendant Earnest Lewis is a resident of the District of Columbia and the remaining parties are residents of Maryland. Plaintiff is seeking compensatory, trebled and punitive damages which may exceed $75,000.00.

8. Defendants Cornerstone, Adetula and Carteret are filing this Notice of Removal within 30 days of the case being remanded to the state court, which is the first opportunity these Defendants have had to so remove given Plaintiff's failed attempt to remove this action to the United States Bankruptcy Court for the District of Maryland (Northern Division).

9. Pursuant to 28 U.S.C. §§ 1446, Defendants Cornerstone, Adetula and Carteret hereby attaches a copy of the relevant papers filed and/or entered in this dispute.

10. These Defendants have submitted a copy of this Notice to the state Court as an exhibit to its Notice of Filing of Notice of Removal, filed contemporaneously with the instant Notice.

WHEREFORE, Defendants Cornerstone, Adetula and Carteret respectfully request that the instant dispute be removed to the United States District Court for the District of Maryland (Northern Division).

Respectfully submitted,

*/s/ William J. Hickey*
William J. Hickey, Esquire
Robert M. Gittins, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland  20850
301-424-6300
301-294-4568 (fax)
Counsel for the Defendants
  Cornerstone & Adetula

*/s/ Michael N. Russo, Jr.*
Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404
410-268-6600
410-269-8409 (fax)
Counsel for Carteret Mortgage

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2008, a copy of the foregoing Notice was mailed first class, postage prepaid to:

Philip R. Robinson, Esquire
Civil Justice, Inc.
520 West Fayette Street, Suite 410
Baltimore, MD 21201

Scott Borison, Esquire
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703

Richard J. Steinmetz, Jr. Esquire
11705 Berry Road, Suite 202
Waldorf, MD 20603

Michael N. Russo, Jr., Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, MD 21404

Robert M. Gittins

LAW OFFICES OF
WILLIAM J. HICKEY
33 WOOD LANE
ROCKVILLE, MD 20850