Circuit Court of Maryland

Go Back

# Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C06010708**
Title: **Terry Massey vs Ernest Lewis, et al**
Case Type: **Other Tort**   Filing Date: **11/20/2006**
Case Status: **Reopened/Active**
Case Disposition:   Disposition Date:

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

JAN 3 0 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

## Plaintiff/Petitioner Information

(Each Plaintiff/Petitioner is displayed below)
Party Type: **Plaintiff**  Party No.: **1**
Name: **Massey, Terry**
Address: **4104 West Coldspring Lane**
City: **Baltimore**  State: **MD**  Zip Code: **21215**

*Attorney(s) for the Plaintiff/Petitioner*
Name: **Robinson, Phillip**
Practice Name: **CIVIL JUSTICE INC**
Address: **520 WEST FAYETTE STREET
#410**
City: **BALTIMORE**  State: **MD**  Zip Code: **21201**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

JAN 3 0 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

## Defendant/Respondent Information

(Each Defendant/Respondent is displayed below)
Party Type: **Defendant**  Party No.: **1**
Name: **Lewis, Ernest**
Address: **1348 Newton Street**
City: **Washington**  State: **DC**  Zip Code: **20010**

*Attorney(s) for the Defendant/Respondent*
Name: **Steinmetz, Jr, Richard J**
Practice Name: **Andrews, Bongar, Starkey & Clagett**
Address: **11705 Berry Road
Suite 202**
City: **Waldorf**  State: **MD**  Zip Code: **20603**

Party Type: **Defendant**  Party No.: **2**
Name: **Lewis, Michael K**
Address: **1204 Heritage Hills Drive**
City: **Upper Marlboro**  State: **MD**  Zip Code: **20774**

*Attorney(s) for the Defendant/Respondent*
Name: **Steinmetz, Jr, Richard J**
Practice Name: **Andrews, Bongar, Starkey & Clagett**
Address: **11705 Berry Road
Suite 202**

City: **Waldorf**  State: **MD**  Zip Code: **20603**

---

Party Type: **Defendant**  Party No.: **3**
Business or Organization Name: **In The House Technology Inc**
Address: **1204 Heritage Hills Drive**
City: **Upper Marlboro**  State: **MD**  Zip Code: **20774**

*Attorney(s) for the Defendant/Respondent*
Name: **Steinmetz, Jr, Richard J**
Practice Name: **Andrews, Bongar, Starkey & Clagett**
Address: **11705 Berry Road**
**Suite 202**
City: **Waldorf**  State: **MD**  Zip Code: **20603**

---

Party Type: **Defendant**  Party No.: **4**
Name: **Brooke, Cheryl Lynn**
Address: **1204 Heritage Hills Drive**
City: **Upper Marlboro**  State: **MD**  Zip Code: **21774**

*Attorney(s) for the Defendant/Respondent*
Name: **Steinmetz, Jr, Richard J**
Practice Name: **Andrews, Bongar, Starkey & Clagett**
Address: **11705 Berry Road**
**Suite 202**
City: **Waldorf**  State: **MD**  Zip Code: **20603**

---

Party Type: **Defendant**  Party No.: **5**
Business or Organization Name: **Cornerstone Title And Escrow Inc**
Address: **S/o Alan Okiji**
City: **Columbia**  State: **MD**  Zip Code: **21044**

*Attorney(s) for the Defendant/Respondent*
Name: **Hickey, Esq, William John**
Practice Name: **Godwin & Hickey, LLC**
Address: **33 Wood Lane**
City: **Rockville**  State: **MD**  Zip Code: **20850**
Name: **Gittins, Esq, Robert M**
Practice Name: **Law Offices Of William J. Hickey**
Address: **33 Wood Lane**
City: **Rockville**  State: **MD**  Zip Code: **20850**

---

Party Type: **Defendant**  Party No.: **6**
Name: **Adetula, Sean**
Address: **4913 Lee Farm Court**
City: **Ellicott City**  State: **MD**  Zip Code: **21043**

*Attorney(s) for the Defendant/Respondent*
Name: **Hickey, Esq, William John**
Practice Name: **Godwin & Hickey, LLC**
Address: **33 Wood Lane**
City: **Rockville**  State: **MD**  Zip Code: **20850**

---

Party Type: **Defendant**  Party No.: **8**
Business or Organization Name: **Carteret Mortgage Corp**

Address: **S/o The Corporation Trust Inc.**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

*Attorney(s) for the Defendant/Respondent*
Name: **Russo, JR, Michael N**
Practice Name: **Council, Baradel, Kosmerl & Nolan, P.A.**
Address: **125 West Street, 4th Flr**
**P O Box 2289**
City: **Annapolis**   State: **MD**   Zip Code: **21404**

---

Party Type: **Defendant**   Party No.: **7**
Name: **Uchundu, Chinwe**
Address: **4913 Lee Farm Court**
City: **Ellicott City**   State: **MD**   Zip Code: **21043**

*Attorney(s) for the Defendant/Respondent*
Name: **Hickey, Esq, William John**
Practice Name: **Godwin & Hickey, LLC**
Address: **33 Wood Lane**
City: **Rockville**   State: **MD**   Zip Code: **20850**

## Court Scheduling Information

Event Type: **Motion Hearing (Civil)**   Notice Date: **03/13/2007**
Event Date: **03/26/2007**   Event Time: **02:30 PM**
Result: **Held/Concluded**   Result Date: **03/26/2007**

---

Event Type: **Motion Hearing (Civil)**   Notice Date: **04/26/2007**
Event Date: **05/09/2007**   Event Time: **11:00 AM**
Result: **Postponed**   Result Date: **05/08/2007**

---

Event Type: **Motion Hearing (Civil)**   Notice Date: **07/06/2007**
Event Date: **07/13/2007**   Event Time: **02:00 PM**
Result: **Held/Concluded**   Result Date: **07/23/2007**

---

Event Type: **Motion Hearing (Civil)**   Notice Date: **06/29/2007**
Event Date: **07/13/2007**   Event Time: **02:00 PM**
Result: **Postponed**   Result Date: **07/06/2007**

---

Event Type: **Pre-Trial Conference**   Notice Date:
Event Date: **11/14/2007**   Event Time: **08:00 AM**
Result: **Postponed/Reset**   Result Date: **06/19/2007**

---

Event Type: **Pre-Trial Conference**   Notice Date: **06/19/2007**
Event Date: **11/14/2007**   Event Time: **08:30 AM**
Result: **Postponed**   Result Date: **07/20/2007**

---

Event Type: **Civil Trial**   Notice Date:
Event Date: **12/13/2007**   Event Time: **09:30 AM**
Result: **Postponed**   Result Date: **07/20/2007**

---

Event Type: **Pre-Trial Conference**   Notice Date: **07/20/2007**
Event Date: **04/21/2008**   Event Time: **08:00 AM**
Result: **Cancelled/Vacated**   Result Date: **08/22/2007**

Event Type: **Civil Trial**  Notice Date: **07/20/2007**
Event Date: **05/19/2008**  Event Time: **09:30 AM**
Result: **Cancelled/Vacated**  Result Date: **08/22/2007**

## Related Persons Information

*(Each Related person is displayed below)*

Party Type: **Counter Plaintiff**  Party No.: **1**
Name: **Lewis, Earnest**

*Attorney(s) for the Related Persons*

Name: **Steinmetz, Jr, Richard J**
Practice Name: **Andrews, Bongar, Starkey & Clagett**
Address: **11705 Berry Road**
**Suite 202**
City: **Waldorf**  State: **MD**  Zip Code: **20603**

Party Type: **Counter Defendant**  Party No.: **1**
Name: **Massey, Terry**

*Attorney(s) for the Related Persons*

Name: **Robinson, Phillip**
Practice Name: **CIVIL JUSTICE INC**
Address: **520 WEST FAYETTE STREET**
**#410**
City: **BALTIMORE**  State: **MD**  Zip Code: **21201**

## Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date: **11/20/2006**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **1/1**
File Date: **12/11/2006**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Answer to Complaint**
**Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc**

Doc No./Seq No.: **1/2**
File Date: **02/07/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Def's Amended Answer to Complaint**
**Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc**

Doc No./Seq No.: **2/0**
File Date: **12/19/2006**  Close Date: **12/19/2006**  Decision:
Document Name: **Standard Track Scheduling Order Generat**

Doc No./Seq No.: **3/0**
File Date: **12/19/2006**  Close Date: **12/19/2006**  Decision:
Document Name: **Notice Complex Track Request Sent**

---

Doc No./Seq No.: **4/0**
File Date: **01/31/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery**

---

Doc No./Seq No.: **5/0**
File Date: **01/31/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery**

---

Doc No./Seq No.: **6/0**
File Date: **01/31/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery**

---

Doc No./Seq No.: **7/0**
File Date: **02/07/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **8/0**
File Date: **02/07/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Attorney Appearance Filed**
    **Filed by DEF002-Lewis, DEF003-In The House Technology Inc**

---

Doc No./Seq No.: **9/0**
File Date: **02/07/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **10/0**
File Date: **02/07/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **11/0**
File Date: **02/13/2007**  Close Date: **03/26/2007**  Decision: **Granted**
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Motion for Partial Summary Judgment Concering Title to the Subject Property, Exhibits and Proposed Order**

Doc No./Seq No.: **11/1**
File Date: **02/26/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Opposition to Motion w/Request for Hear and memorandum**
**Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc**

Doc No./Seq No.: **11/2**
File Date: **03/21/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Line to Amend Motion for Partial Summary Judgment Concerning Title to the Subject Property by Interlination**

Doc No./Seq No.: **11/3**
File Date: **03/29/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **11/4**
File Date: **03/29/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **11/5**
File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **ORDER OF COURT THAT ORDER DATED MARCH 29, 2006 GRANTING A DECLARATORY JUDGMENT**
**IS STRICKEN AND THE PLTFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS HEREBY DENIED.**

Doc No./Seq No.: **11/6**
File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **11/7**
File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **12/0**
File Date: **02/23/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **13/0**
File Date: **03/05/2007**  Close Date: **03/05/2007**  Decision:
Document Name: **Notice Motion Hearing Sent**
Event: MOTN Block Date: 03/26/07 Facility· 509
PARTIES :
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201

Doc No./Seq No.: **14/0**
File Date: **03/05/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**

Document Name: **Counter Claim and Exhibits**

---

Doc No./Seq No.: **14/1**
File Date: **08/07/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Counter Plaintiff**   Party No.: **1**
Document Name: **Counter deft's answer to counterclaims & request for jury trial**

---

Doc No./Seq No.: **15/0**
File Date: **03/05/2007**   Close Date: **07/13/2007**   Decision: **Denied**
Party Type: **Counter Plaintiff**   Party No.: **1**
Document Name: **Counter-Plaintiff's Motion for Partial Summary Judgmentas to counts I and II of the Counterclaim and Proposed Order**

---

Doc No./Seq No.: **15/1**
File Date: **04/04/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Counter Defendant**   Party No.: **1**
Document Name: **counter def's opposition**

---

Doc No./Seq No.: **15/2**
File Date: **04/17/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Counter Plaintiff**   Party No.: **1**
Document Name: **RESPONSE TO COUNTER DEFT'S OPPOSITION TO COUNTER PLTFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Doc No./Seq No.: **15/3**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Order of Court**

---

Doc No./Seq No.: **15/4**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **16/0**
File Date: **03/09/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Notice of Service of Discovery Material**
Filed by Attorney: **Richard J Steinmetz Jr**

---

Doc No./Seq No.: **17/0**
File Date: **03/13/2007**   Close Date: **03/13/2007**   Decision:
Document Name: **Notice Motion Hearing Sent**
Event: MOTN Block Date: 03/26/07 Facility: 509
PARTIES :
Massey, Terry , , ,
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201

---

Doc No./Seq No.: **18/0**
File Date: **03/14/2007**   Close Date: **03/14/2007**   Decision:
Document Name: **Civil Cover Sheet generated**

Doc No./Seq No.: **19/0**
File Date: **03/13/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Certificate of Service**
   **Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc**

Doc No./Seq No.: **20/0**
File Date: **03/13/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Certificate of Service**
   **Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc**

Doc No./Seq No.: **21/0**
File Date: **03/21/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **First Amended Class Complaint and Jury Trial Demanded and Comparison Copy Request for Summons**

Doc No./Seq No.: **21/1**
File Date: **04/30/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **5**
Document Name: **Def Cornerstone Title & Escrow Inc's Answer to Plt's First Amended Complaint**

Doc No./Seq No.: **22/0**
File Date: **03/26/2007**   Close Date: **07/16/2007**   Decision: **Denied**
Party Type: **Defendant**   Party No.: **1**
Document Name: **def's Motion to Dismiss plt's first amended class complaint and in the alternative motion for summary judgment**
   **Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke**

Doc No./Seq No.: **22/1**
File Date: **04/13/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Opposition to Motion w/Request for Hear**

Doc No./Seq No.: **22/2**
File Date: **04/30/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **RESPONSE TO PLTFF'S OPPOSITION TO DEFTS' MOTION TO DISMISS AND IN THE ALTER-NATIVE FOR SUMMARY JUDGMENT THE FIRST AMENDED COMPLAINT**

Doc No./Seq No.: **22/3**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **22/4**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **23/0**
File Date: **03/26/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **24/0**
File Date: **03/26/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**
**Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke**

Doc No./Seq No.: **25/0**
File Date: **04/03/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**
**Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc**

Doc No./Seq No.: **26/0**
File Date: **04/03/2007**  Close Date: **06/05/2007**  Decision: **Denied**
Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion for Reconsideration**

Doc No./Seq No.: **26/1**
File Date: **04/23/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Pltffs Response in Opposition to Motion for Reconsideration and Motion for Reimbursement and Request for Hearing**
**Filed by PLT001-Massey, CND001-Massey**

Doc No./Seq No.: **26/2**
File Date: **05/11/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Reply to Plaintiff's Response To Motion For Reconsideration And Response To Plaintiff's Motion For Sanctions, Exhibits.**
**Filed by DEF001-Lewis, CNP001-Lewis**

Doc No./Seq No.: **26/3**
File Date: **06/06/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **26/4**
File Date: **06/06/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **27/0**
File Date: **04/04/2007**  Close Date: **07/16/2007**  Decision: **Denied**
Party Type: **Counter Defendant**  Party No.: **1**
Document Name: **Motion to Dismiss counter plaintiffs counterclaims**

Doc No./Seq No.: **27/1**
File Date: **04/17/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Response to Motion w/Request for Hearing**
Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke, DEF005-Cornerstone Title And Escrow Inc

Doc No./Seq No.: **27/2**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **27/3**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **28/0**
File Date: **04/18/2007**   Close Date: **04/18/2007**   Decision:
Document Name: **Notice Motion Hearing Sent**
Event: MOTN Block Date: 05/09/07 Facility: 330
PARTIES :
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Cornerstone Title And Escrow Inc, S/o Alan Okiji 5835 Harness Court, Columbia, MD, 21044
Adetula, Sean 4913 Lee Farm Court , Ellicott City, MD, 21043
Uchundu, Chinwe 4913 Lee Farm Court , Ellicott City, MD, 21043
Carteret Mortgage Corp, S/o The Corporation Trust Inc. 300 East Lombard Street, Baltimore, MD, 21202

Doc No./Seq No.: **29/0**
File Date: **04/20/2007**   Close Date: **07/16/2007**   Decision: **Denied**
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Motion for protracted case assignment and for a scheduling conference**

Doc No./Seq No.: **29/1**
File Date: **04/30/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Response to Plaintiff's Motion for Protracted Case Assignment and Proposed Order**
Filed by DEF001-Lewis, DEF002-Lewis, DEF004-Brooke, DEF003-In The House Technology Inc

Doc No./Seq No.: **29/2**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **29/3**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **30/0**
    File Date: **04/20/2007**  Close Date: **04/24/2007**  Decision:
    Party Type: **Defendant**  Party No.: **8**
Document Name: **Return of Service - Served**
    **WRIT OF SUMMONS (Private Process) served 04/18/07**

Doc No./Seq No.: **31/0**
    File Date: **04/23/2007**  Close Date: **08/17/2007**  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Designation of Expert Witnesses**
    **Filed by PLT001-Massey, CND001-Massey**

Doc No./Seq No.: **32/0**
    File Date: **04/24/2007**  Close Date: **08/17/2007**  Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **33/0**
    File Date: **04/26/2007**  Close Date: **04/26/2007**  Decision:
Document Name: **Notice Motion Hearing Sent**
    **Event: MOTN Block Date: 05/09/07 Facility: 330**
    **PARTIES :**
    **Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201**
    **Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603**
    **Cornerstone Title And Escrow Inc, S/o Alan Okiji 5835 Harness Court, Columbia, MD, 21044**
    **Adetula, Sean 4913 Lee Farm Court , Ellicott City, MD, 21043**
    **Uchundu, Chinwe 4913 Lee Farm Court , Ellicott City, MD, 21043**
    **Carteret Mortgage Corp, S/o The Corporation Trust Inc. 300 East Lombard Street, Baltimore, MD, 21202**

Doc No./Seq No.: **34/0**
    File Date: **04/27/2007**  Close Date: **04/27/2007**  Decision:
Document Name: **Civil Cover Sheet generated**

Doc No./Seq No.: **35/0**
    File Date: **04/30/2007**  Close Date: **04/30/2007**  Decision:
Document Name: **Civil Cover Sheet generated**

Doc No./Seq No.: **36/0**
    File Date: **04/27/2007**  Close Date: **06/21/2007**  Decision: **Denied**
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion for Sanctions And To Compel Discovery, Exhibits**
    **Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke**

Doc No./Seq No.: **36/1**
    File Date: **05/10/2007**  Close Date: **08/17/2007**  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Response/Opposition to Motion**

Doc No./Seq No.: **36/2**
    File Date: **06/21/2007**  Close Date: **08/17/2007**  Decision:

Document Name: **Order of Court**

---

Doc No./Seq No.: **36/3**
    File Date: **06/25/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **37/0**
    File Date: **04/30/2007**  Close Date: **07/16/2007**  Decision: **Denied**
    Party Type: **Defendant**  Party No.: **6**
Document Name: **def's Motion to Dismiss**
        **Filed by DEF006-Adetula, DEF007-Uchundu**

---

Doc No./Seq No.: **37/1**
    File Date: **05/15/2007**  Close Date: **08/17/2007**  Decision:
    Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Response/Opposition to Motion**

---

Doc No./Seq No.: **37/2**
    File Date: **07/11/2007**  Close Date: **08/17/2007**  Decision:
    Party Type: **Defendant**  Party No.: **6**
Document Name: **Def's Reply to Plts' Opposition to Motion to Dismiss Plts' 1st Amended Complaint**

---

Doc No./Seq No.: **37/3**
    File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Order of Court**

---

Doc No./Seq No.: **38/0**
    File Date: **04/30/2007**  Close Date: **08/17/2007**  Decision:
    Party Type: **Defendant**  Party No.: **5**
Document Name: **Line Entering Appearance**

---

Doc No./Seq No.: **39/0**
    File Date: **05/02/2007**  Close Date: **05/04/2007**  Decision: **Granted**
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion to Quash Subpoena**
        **Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke**

---

Doc No./Seq No.: **39/1**
    File Date: **05/07/2007**  Close Date: **05/04/2007**  Decision: **Granted**
Document Name: **Order of Court**

---

Doc No./Seq No.: **39/2**
    File Date: **05/07/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **39/3**
File Date: **05/11/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiffs Opposition to Defendants' Motion to Quash Subpoenas, Exhibits and Request for Hear (see pleading #47 for complete opposition)**

Doc No./Seq No.: **39/4**
File Date: **05/25/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Opposition to Motion**
Filed by DEF001-Lewis, DEF002-Lewis, DEF004-Brooke, DEF003-In The House Technology Inc

Doc No./Seq No.: **40/0**
File Date: **05/02/2007**   Close Date: **05/04/2007**   Decision: **Granted**
Party Type: **Defendant**   Party No.: **1**
Document Name: **Motion for Protective Order**
to see full filing please see pleading # 39
Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke, DEF005-Cornerstone Title And Escrow Inc

Doc No./Seq No.: **40/1**
File Date: **05/07/2007**   Close Date: **05/04/2007**   Decision: **Granted**
Document Name: **Order of Court**

Doc No./Seq No.: **40/2**
File Date: **05/07/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **40/3**
File Date: **05/11/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiffs Opposition to Defendants' Motion for Protective Order, Exhibits and Request for Hearing (see pleading #47 for complete opposition)**

Doc No./Seq No.: **41/0**
File Date: **05/02/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **Motion to Shorten Time for response**
to see full filing refer to pleading #39

Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke, DEF005-Cornerstone Title And Escrow Inc

Doc No./Seq No.: **41/1**
File Date: **05/11/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiffs Opposition to Defendants' Motion to Shorten Time for Response, Exhibits and Request for Hearing (see pleading #47 for complete opposition)**

Doc No./Seq No.: **42/0**
File Date: **05/07/2007**   Close Date: **06/21/2007**   Decision: **Denied**
Party Type: **Defendant**   Party No.: **1**
Document Name: **def's amended Motion for Sanctions and to compel discovery**

> Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke, DEF005-Cornerstone Title And Escrow Inc, DEF006-Adetula, DEF007-Uchundu

Doc No./Seq No.: **42/1**
File Date: **06/08/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Supplemental Response to Motion for Sanctions and to Compel Discovery**

Doc No./Seq No.: **42/2**
File Date: **06/21/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **42/3**
File Date: **06/25/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **43/0**
File Date: **05/08/2007**  Close Date: **05/08/2007**  Decision:
Document Name: **Notice Motion Hearing Sent**
> Event: MOTN Block Date: 07/13/07 Facility: 451
> PARTIES :
> Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
> Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
> Hickey, William 33 Wood Lane , Rockville, MD, 20850
> Gittins, Robert 33 Wood Lane , Rockville, MD, 20850
> Carteret Mortgage Corp, S/o The Corporation Trust Inc. 300 East Lombard Street, Baltimore, MD, 21202

Doc No./Seq No.: **44/0**
File Date: **05/09/2007**  Close Date: **05/08/2007**  Decision: **Approved**
Document Name: **Civil Postponement Approved New Motion Hearing date 7/13/07 3 hours**

Doc No./Seq No.: **45/0**
File Date: **05/08/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**
> Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke, CNP001-Lewis

Doc No./Seq No.: **46/0**
File Date: **05/10/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **47/0**
File Date: **05/11/2007**  Close Date: **06/01/2007**  Decision: **Denied**
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Emergency Motion to Reconsider Court's Order of May 4, 2007 Quashing Third Party Subpoenas, Exhibits, and Request for Hearing**

Doc No./Seq No.: **47/1**

File Date: **05/25/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **1**
Document Name: **def's response to plt's emergency motion to reconsideration courts order of may 4, 2007 and plt's opposition to def's motion to quash subpoenas and for protective order**
**Filed by DEF001-Lewis, CNP001-Lewis**

Doc No./Seq No.: **47/2**
File Date: **06/04/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **47/3**
File Date: **06/04/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **48/0**
File Date: **05/15/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Line to dismiss party w/o prejudice**

Doc No./Seq No.: **49/0**
File Date: **05/18/2007**   Close Date: **07/16/2007**   Decision: **Denied**
Party Type: **Defendant**   Party No.: **8**
Document Name: **Motion to Dismiss or i/t/a for Summary Judgment, Memo in Support and Proposed Order**

Doc No./Seq No.: **49/1**
File Date: **06/04/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Opposition to Motion w/Request for Hear**

Doc No./Seq No.: **49/2**
File Date: **06/19/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Defendant**   Party No.: **8**
Document Name: **Reply/Response to Opposition**

Doc No./Seq No.: **49/3**
File Date: **07/06/2007**   Close Date: **08/17/2007**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **SUPPLEMENTAL RESPONSE TO DEFT SEAN ADETULA'S AND CARTERET MORTGAGE'S MOTION TO DISMISS/SUMMARY JUDGMENT AND EXHIBITS**

Doc No./Seq No.: **49/4**
File Date: **08/08/2007**   Close Date: **08/17/2007**   Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **49/5**

File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **50/0**
File Date: **06/12/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion to Compel Discovery of Third Party Witness**
  **Filed by DEF001-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke**

---

Doc No./Seq No.: **51/0**
File Date: **06/08/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **52/0**
File Date: **06/12/2007**  Close Date: **07/16/2007**  Decision: **Denied**
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Motion to Certify A Class against the Defts, Appoint Pltff as Class Representative and Appoint Class Counsel, Memo in Support and Exhibits**

---

Doc No./Seq No.: **52/1**
File Date: **07/02/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **4**
Document Name: **Opposition to Motion to Certify a Class Action Lawsuit, Memo in Support and Proposed Order and Exhibits**
  **Filed by DEF004-Brooke, DEF001-Lewis, DEF002-Lewis**

---

Doc No./Seq No.: **52/2**
File Date: **07/03/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **8**
Document Name: **Opposition to Motion to Certify A Class Against Defs, Appoint Plt As Class Representative and Appoint Class Counsel**

---

Doc No./Seq No.: **52/3**
File Date: **07/02/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Response/Opposition to Motion**
  **Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke**

---

Doc No./Seq No.: **52/4**
File Date: **07/16/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **5**
Document Name: **Response/Opposition to Motion**
  **Filed by DEF005-Cornerstone Title And Escrow Inc, DEF006-Adetula**

---

Doc No./Seq No.: **52/5**
File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:
Document Name: **Order of Court**

---

Doc No./Seq No.: **52/6**
File Date: **08/08/2007**  Close Date: **08/17/2007**  Decision:

Document Name: **Copies Mailed**

Doc No./Seq No.: **53/0**
File Date: **06/19/2007** Close Date: **06/19/2007** Decision:
Document Name: **Hearing/Trial Notice Sent**
 Event: PTC Block Date: 11/14/07 Facility: 330
 PARTIES :
 Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
 Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
 Hickey, William 33 Wood Lane , Rockville, MD, 20850
 Gittins, Robert 33 Wood Lane , Rockville, MD, 20850
 Russo, Michael 125 West Street, 4th Flr P ͡ Box 2289, Annapolis, MD, 21404

Doc No./Seq No.: **54/0**
File Date: **06/18/2007** Close Date: **08/17/2007** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **55/0**
File Date: **06/21/2007** Close Date: **08/17/2007** Decision:
Party Type: **Defendant** Party No.: **8**
Document Name: **Designation of Expert Witnesses**

Doc No./Seq No.: **56/0**
File Date: **06/21/2007** Close Date: **06/28/2007** Decision: **Granted**
Party Type: **Defendant** Party No.: **8**
Document Name: **Motion to Extend Time to File Expert Witness Designation**

Doc No./Seq No.: **56/1**
File Date: **07/03/2007** Close Date: **08/17/2007** Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **56/2**
File Date: **07/03/2007** Close Date: **08/17/2007** Decision:
Document Name: **Copies Mailed**
 Filed by Attorney: Phillip Robinson ,Richard J Steinmetz Jr,Richard J Steinmetz Jr,Richard J Steinmetz Jr,Richard J Steinmetz Jr,William John Hickey Esq,Robert M Gittins Esq,William John Hickey Esq,Mic  ael N Russo JR,Phillip Robinson ,Richard J Steinmetz Jr

Doc No./Seq No.: **57/0**
File Date: **06/22/2007** Close Date: **08/17/2007** Decision:
Party Type: **Defendant** Party No.: **5**
Document Name: **defts' cprnerstone title & escrow, inc, and s͡an adetula's Designation of Expert witnesses**
 Filed by DEF005-Cornerstone Title And Escrow Inc, DEF006-Adetula

Doc No./Seq No.: **58/0**
File Date: **06/25/2007** Close Date: **08/17/2007** Decision:
Document Name: **Certificate of discovery**

Doc No./Seq No.: **59/0**
File Date: **06/29/2007**   Close Date: **06/29/2007**   Decision:
Document Name: **Notice Motion Hearing Sent**
Event: MOTN Block Date: 07/13/07 Facility: 451
PARTIES :
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Hickey, William 33 Wood Lane , Rockville, MD, 20850
Gittins, Robert 33 Wood Lane , Rockville, MD, 20850
Russo, Michael 125 West Street, 4th Flr P O Box 2289, Annapolis, MD, 21404

Doc No./Seq No.: **60/0**
File Date: **07/02/2007**   Close Date: **07/02/2007**   Decision:
Document Name: **Civil Cover Sheet generated**

Doc No./Seq No.: **61/0**
File Date: **07/06/2007**   Close Date: **07/06/2007**   Decision:
Document Name: **Notice Motion Hearing Sent**
Event: MOTN Block Date: 07/13/07 Facility: 523
PARTIES :
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Hickey, William 33 Wood Lane , Rockville, MD, 20850
Gittins, Robert 33 Wood Lane , Rockville, MD, 20850
Russo, Michael 125 West Street, 4th Flr P O Box 2289, Annapolis, MD, 21404

Doc No./Seq No.: **62/0**
File Date: **07/20/2007**   Close Date: **07/20/2007**   Decision:
Document Name: **Hearing/Trial Notice Sent**
Event: PTC Block Date: 04/21/08 Facility: 403C
PARTIES :
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Hickey, William 33 Wood Lane , Rockville, MD, 20850
Gittins, Robert 33 Wood Lane , Rockville, MD, 20850
Russo, Michael 125 West Street, 4th Flr P O Box 2289, Annapolis, MD, 21404

Doc No./Seq No.: **63/0**
File Date: **07/20/2007**   Close Date: **07/20/2007**   Decision:
Document Name: **Hearing/Trial Notice Sent**
Event: CIVI Block Date: 05/19/08 Facility: 03T
PARTIES :
Robinson, Phillip 520 WEST FAYETTE STREET #410, BALTIMORE, MD, 21201
Steinmetz, Richard 11705 Berry Road Suite 202, Waldorf, MD, 20603
Hickey, William 33 Wood Lane , Rockville, MD, 20850
Gittins, Robert 33 Wood Lane , Rockville, MD, 20850
Russo, Michael 125 West Street, 4th Flr P O Box 2289, Annapolis, MD, 21404

Doc No./Seq No.: **64/0**
File Date: **07/20/2007**   Close Date: **07/17/2007**   Decision: **Approved**
Document Name: **Civil Postponement Approved**
**NEW TRIAL DATE 4-21-08. NEW TRIAL DATE 5-19-08.**

Doc No./Seq No.: **65/0**
File Date: **07/20/2007**   Close Date: **07/17/2007**   Decision: **Granted**
Document Name: **Pre-Trial Scheduling Order**

Doc No./Seq No.: **65/1**
File Date: **07/20/2007**   Close Date: **08/17/2007**   Decision:

Document Name: **Copies Mailed**

---

Doc No./Seq No.: **66/0**
File Date: **07/20/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Motion for Reconsideration**
and to compel discovery
Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke, DEF005-Cornerstone Title And Escrow Inc

---

Doc No./Seq No.: **66/1**
File Date: **08/07/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Plaintiff's Opposition to Defendants Earnest Lewis and Michel K Lewis' Motion to**
Reconsider and Supplemental Motion for Sanctions and to Compel Discovery w/exhibits

---

Doc No./Seq No.: **66/2**
File Date: **08/09/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Line Withdrawing Motion/Opposition**
Filed by DEF001-Lewis, DEF002-Lewis, DEF003-In The House Technology Inc, DEF004-Brooke

---

Doc No./Seq No.: **67/0**
File Date: **08/06/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Defendant**  Party No.: **5**
Document Name: **Line**
(def Cornerstone title & escrow inc did not join in def Earnest Lewis motion for reconsideration and supplemental motion for sanctions and to compel discovery filed on or about July 19, 2007

---

Doc No./Seq No.: **68/0**
File Date: **08/15/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Second Amended Complaint and Exhibits**

---

Doc No./Seq No.: **69/0**
File Date: **08/15/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **70/0**
File Date: **08/15/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **71/0**
File Date: **08/15/2007**  Close Date: **08/17/2007**  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **72/0**
  File Date: **08/15/2007**  Close Date: **08/17/2007**  Decision:
  Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **73/0**
  File Date: **08/15/2007**  Close Date: **08/17/2007**  Decision:
  Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **74/0**
  File Date: **08/17/2007**  Close Date: **08/17/2007**  Decision:
  Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Notice of Removal to U.S. District Court**

Doc No./Seq No.: **75/0**
  File Date: **12/17/2007**  Close Date:   Decision:
Document Name: **Reopen Case**

*The complete case file can be obtained from the Circuit Courthouse.*